# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 24, 2014 |
| Court Reporter: Janet Coppock | Time: 54 minutes |
| Probation Officer: Gary Burney | Interpreter: Marcella Salazar |

**CASE NO.  13-CR-00156-PAB-2**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Beth Gibson |
| Plaintiff, | |
| vs. | |
| **2. CARLOS HUBERJUAREZ-MADRIGAL,** | Mitchell Baker |
| Defendant. | |

## SENTENCING

**10:04 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.

Page Two
13-CR-00156-PAB-2
February 24, 2014

The report is incorporated by reference as part of the Court's findings and conclusions.

Comments by Ms. Gibson in response to the Court's questions regarding the Government's Motion for a Sentence Reduction Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e).

**ORDERED:** Government's Motion for a Sentence Reduction Pursuant to U.S.S.G. § 5K1.1 AND 18 U.S.C. § 3553(e) [Docket No. 80] is **GRANTED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court addresses defendant's objections to the presentence investigation report.

Argument by Mr. Baker in support of the defendant's Motion for Statutory Sentence and comments addressing sentencing.

Argument by Ms. Gibson and comments addressing sentencing.

Further argument by Mr. Baker.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Statutory Sentence [Docket No. 68] is **GRANTED**.

Defendant entered his plea on **November 14, 2013** to count **1 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **48** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years.

**ORDERED:** **Conditions** of Supervised Release that:
  (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
13-CR-00156-PAB-2
February 24, 2014

- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are **WAIVED** because the defendant will likely be deported.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss [Docket No. 59] is **GRANTED, as to this defendant.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:58 a.m.** **COURT IN RECESS**

**Total in court time:   54 minutes**

**Hearing concluded**