IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00156-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. CARLOS HUBER JUAREZ-MADRIGAL

    Defendant.

---

### ORDER
---

This matter is before the Court on the United States' Motion to Dismiss [Docket No. 59]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss [Docket No. 59] is granted as to defendant Carlos Huber Juarez-Madrigal only. Counts 2, 3, 4, 6, 7, 9, and 10 of the Indictment are dismissed as to defendant Carlos Huber Juarez-Madrigal.

    DATED February 24, 2014.

                              BY THE COURT:

                              PHILIP A. BRIMMER
                              United States District Judge